IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00108-F-2
No. 4:16-CV-00186-F

COURTNEY EMANUEL GOODING,           )
                                    )
            Petitioner,             )
                                    )
    v.                              )           O R D E R
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )

This matter is before the court on Courtney Emanuel Gooding's Motion to Vacate, Set

Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-64, -67]. Having examined

Gooding's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing

Section 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 motion, within **forty (40)** days of the filing of this order.

Gooding asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015),

and he previously qualified for appointed counsel. The Office of the Federal Public Defender has

been appointed to represent Gooding pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16,

2015).

SO ORDERED.

This  _13_ day of July, 2016.

                                    _James E. Fox_____
                                    JAMES C. FOX
                                    SENIOR UNITED STATES DISTRICT JUDGE